66 A.3d 761

**Darren EADES, Petitioner**

v.

**Jon FISHER, Respondent.**

**No. 28 EM 2013.**

Supreme Court of Pennsylvania.

May 3, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of May, 2013, the Application for Leave to File Original Process is **GRANTED,** and deny the Petition for Writ of Habeas Corpus is **DENIED.**

66 A.3d 761

**Estate of Edna DUNCAN, Deceased**

**Petition of Timothy Vaughn.**

**No. 25 EM 2013.**

Supreme Court of Pennsylvania.

May 3, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of May, 2013, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**